# United States District Court for the Southern District of ~~West Virginia~~

## APPLICATION TO PROCEED IN FORMA PAUPERIS AND AFFIDAVIT

PAMELA L. LUCAS
Plaintiff

v.

INTERNAL REVENUE SERVICE
Defendant

CASE NUMBER: 2:03-0339

FILED
APR 17 2003
SAMUEL L. KAY, CLERK
U.S. DISTRICT & BANKRUPTCY COURTS
SOUTHERN DISTRICT OF WEST VIRGINIA

I, PAMELA L. LUCAS, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other   in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. The nature of this action is:

REFUND OF LEVIED MONEY 5018.19 + INTEREST

If this affidavit is filed in support of an application to proceed on appeal in forma pauperis, the issues I intend to present on appeal are briefly stated as follows:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☐ Yes   ☑ No   (If "No" go to No: 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this application and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   09/14/01 OUT OF WORK DUE TO KIDNEY DISEASE. UNABLE TO WORK.

3. In the past twelve months have you received any money from any of the following sources?*

   a. Business, profession or other self-employment          Yes ☐ No ☑    *If the answer to any of these is "Yes",
   b. Rent payments, interest or dividends                   Yes ☐ No ☑    describe each source of money and state
   c. Pensions, annuities or life insurance payments         Yes ☐ No ☑    the amount received and what you expect
   d. Disability or workers compensation payments            Yes ☐ No ☑    you will continue to receive in the space
   e. Gifts or inheritances                                  Yes ☐ No ☑    provided below:
   f. Any other sources                                      Yes ☐ No ☑

4. Do you have any cash or checking or savings accounts? ☑ Yes ☐ No

   If "Yes" state the total amount. _Approx $20.00_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ☐ Yes ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

7. I do hereby stipulate that the recovery, if any, obtained in this action shall be paid to the Clerk of Court, who shall pay therefro all unpaid costs taxed against plaintiff and pay the balance to plaintiff and his/her attorney, if any.

I declare under penalty of perjury that the above information is true and correct.

_04/16/03_  
**DATE**

_Pamela L. Lucas_  
**SIGNATURE OF APPLICANT**

**STATE OF WEST VIRGINIA:**
**COUNTY OF** _____

The foregoing instrument was acknowledged before me this _____
                                                              (month, day, year)
BY _____.

My commission expires: _____

_____
**Notary Public**

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit a
(name of institution)_____. I further certify that the applicant has the followir
securities to his/her credit _____
I further certify that during the past six months the applicant's average balance was $_____, ar
the average of monthly deposits was $_____.

_____
**DATE**

_____
**SIGNATURE OF AUTHORIZED OFFICER**